IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOMINICK PISTONE, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. 16-3526 |
| v. : | |
| : | |
| ZIMMER US, INC. d/b/a ZIMMERBIOMET, : | |
| : | |
| Defendant. : | |

## CIVIL JUDGMENT

BEFORE THE HONORABLE EDWARD G. SMITH

**AND NOW**, this 22nd day of September, 2017, in accordance with the jurors' answers to the Court's interrogatories,

**IT IS ORDERED** that Judgment be and the same is hereby entered in favor of Defendant Zimmer US, Inc. and against Plaintiff Dominick Pistone as to Plaintiff's claims and as to Defendant's counterclaims. Judgment for Defendant is entered in the amount of $125,000.00.

BY THE COURT

ATTEST:

 /s/ Jaime Kulick
Jaime Kulick, Deputy Clerk to
Judge Edward G. Smith