IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DOMINICK PISTONE,  :
　　　　　　　　　　:
　　　　Plaintiff,　　:
　　　　　　　　　　: CIVIL ACTION NO. 16-3526
　　　v.　　　　　　 :
　　　　　　　　　　:
ZIMMER US, INC. d/b/a ZIMMERBIOMET, :
　　　　　　　　　　:
　　　　Defendant.　:

## AMENDED CIVIL JUDGMENT

**AND NOW**, this 12th day of March, 2018, in accordance with the jurors' answers to the Court's interrogatories and the Court's order with respect to Plaintiff's motion for judgment as a matter of law, the judgment entered on September 22, 2017 (Doc. No. 135) is hereby **AMENDED** as follows:

**IT IS ORDERED** that judgment be and the same is hereby entered in favor of Defendant Zimmer US, Inc. and against Plaintiff Dominick Pistone as to Plaintiff's claims. Judgment is entered in favor of Plaintiff Dominick Pistone and against Defendant Zimmer US, Inc. as to Defendant's counterclaim for breach of contract. Judgment is entered in favor of Defendant Zimmer US, Inc. and against Plaintiff Dominick Pistone as to Defendant's counterclaim for breach of fiduciary duty. Judgment for Defendant is entered in the amount of $125,000.

BY THE COURT:



_____
EDWARD G. SMITH, J.