# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOMINICK PISTONE,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| vs. | : | NO. 16-3526 |
| | : | |
| **ZIMMER US, INC.** | : | |
| **d/b/a ZIMMERBIOMET,** | : | |
| **Defendant** | : | |

## JUDGMENT

**AND NOW**, this 23rd day of January, 2019, judgment is hereby entered in favor of Defendant Zimmer US, Inc. d/b/a ZimmerBiomet, and against Plaintiff Dominick Pistone, in the amount of $35,838.32.

 

KATE BARKMAN
Clerk of Court

By:   s/ Terry Milano
Deputy Clerk